UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                        Case No. 12-25257

MARK S MARSH

Debtor(s)

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/25/2012.

2) The plan was confirmed on 11/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/14/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 06/07/2016.

6) Number of months from filing to last payment: 47.

7) Number of months case was pending: 50.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $800.00.

10) Amount of unsecured claims discharged without payment: $88,654.42.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,365.00 |
| Less amount refunded to debtor | $565.00 |

**NET RECEIPTS:** $19,800.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $896.70 |
| Other | $220.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,616.70

Attorney fees paid and disclosed by debtor:        $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALEXIAN BROTHERS BEHAVIORAL | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| ANN E MAZZOTTI DDS | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILTY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BOULDER CREDIT SERVICES | Unsecured | 367.00 | 366.60 | 366.60 | 59.08 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 8,000.00 | 5,484.20 | 5,484.20 | 883.83 | 0.00 |
| CITY OF CHICAGO EMERGENCY ME} | Unsecured | NA | 713.00 | 713.00 | 114.91 | 0.00 |
| CITY OF CHICAGO EMERGENCY ME} | Unsecured | 640.00 | 678.00 | 678.00 | 109.27 | 0.00 |
| CITY OF CHICAGO EMERGENCY ME} | Unsecured | NA | 814.00 | 814.00 | 131.18 | 0.00 |
| CITY OF CHICAGO EMERGENCY ME} | Unsecured | NA | 814.00 | 814.00 | 131.18 | 0.00 |
| CITY OF CHICAGO EMERGENCY ME} | Unsecured | NA | 935.00 | 935.00 | 150.68 | 0.00 |
| CITY OF CHICAGO EMERGENCY ME} | Unsecured | NA | 920.00 | 920.00 | 148.27 | 0.00 |
| CITY OF CHICAGO EMERGENCY ME} | Unsecured | NA | 803.00 | 803.00 | 129.41 | 0.00 |
| COMCAST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB CLINIC CHARTERED | Unsecured | 278.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GASHI ARBEN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT BENEFITS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 49.00 | 49.00 | 49.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE RECOVERY | Unsecured | NA | 659.26 | 659.26 | 106.25 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,484.61 | 1,484.61 | 1,484.61 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 20,000.00 | 65,100.23 | 65,100.23 | 10,491.30 | 0.00 |
| JACKSON PARK HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY HOSPIT/ | Unsecured | 276.00 | 276.00 | 276.00 | 44.48 | 0.00 |
| LAGRANGE COUNTY CLERK | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 826.00 | 829.19 | 829.19 | 133.63 | 0.00 |
| MITCHELL S SEXN | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| NORTHEAST LEGAL GROUP | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ORRINGTON JAMES L DDS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS OF CHI | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS OF CHI | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULTANT | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD UROLOGICAL ASSOCIAT | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | NA | 2,766.70 | 2,766.70 | 445.88 | 0.00 |
| T MOBILE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE TOWERS AT FOUR LAKES | Unsecured | 2,138.00 | NA | NA | 0.00 | 0.00 |
| THE TOWERS AT FOUR LAKES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| UNION AUTO SALES | Unsecured | NA | 0.00 | 3,253.20 | 524.29 | 0.00 |
| UNION AUTO SALES | Secured | NA | 3,253.20 | 3,253.20 | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 319.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICES | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | NA | 285.73 | 285.73 | 46.05 | 0.00 |
| VILLAGE OF EAST HAZEL CREST | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,253.20 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$3,253.20** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,533.61 | $1,533.61 | $0.00 |
| **TOTAL PRIORITY:** | **$1,533.61** | **$1,533.61** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$84,698.11** | **$13,649.69** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,616.70 |
| Disbursements to Creditors | $15,183.30 |
| **TOTAL DISBURSEMENTS** : | **$19,800.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/15/2016                         By: /s/ Tom Vaughn
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**